882

No. 5575. GELB v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 5576. HOULE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 5579. SULLIVAN v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 5585. WARD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 296. MITCHELL ET AL. v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE WHITE are of the opinion that certiorari should be granted.

No. 304. BAK ET AL. v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE WHITE are of the opinion that certiorari should be granted.

No. 419. McDOUGALD v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Cumberland County. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE HARLAN, and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted.

No. 472. ELLIOTT v. UNITED STATES. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 513. BEAUMONT v. AUSSENHEIMER ET AL. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.